Case 4:12-cv-06189-SBA   Document 3   Filed 01/07/13   Page 1 of 4

Entered on Docket
January 04, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
2013 JAN -7 P 3: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

Paul and Melody Den Beste,

          Debtor(s).   /

Paul Den Beste

    Plaintiff

vs.

Alec Harrignton, et al.,

    Defendant(s)
_____/

BK Case #: 10-13558

Chapter: 7

AP Case #: 11-1298

DC Case #: 12-6189 - SBA

## BANKRUPTCY JUDGE'S RECOMMENDATION THAT APPEAL BE DISMISSED

1. Appellant has failed to complete the record on appeal with the Clerk of the Bankruptcy Court by not supplying copies of designated record or paying for their reproduction as required by the Rule 8006 of the Federal Rules of Bankruptcy Procedure. Appellant has designated more than 1,000 pages of the adversary proceeding case record for this appeal. On December 19, 2012, a Notice RE: Designation of Record on Appeal, attached to this recommendation as Exhibit A, was served on the Appellant. There was no response.

2. Bankruptcy Local Rule (BLR) 8007-1(c)(2) provides that, "The bankruptcy court may on its own motion transmit the notice of appeal to the District Court with a recommendation that the appeal be dismissed."

3. Pursuant to BLR Rule 8007-1(c)(2), due to appellant's failure to complete the record on appeal, the undersigned bankruptcy judge recommends that this appeal be dismissed.

Dated: January 4, 2013

Alan Jaroslovsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT         Exhibit A

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:                                              Case Number: 10-13558

Paul and Melody Den Beste                           Chapter: 7

                     Debtor(s)./

Paul Den Beste                                      AP Case #: 11-1298

    Plaintiff

vs.

Alec Harrignton, et al.,

    Defendant(s)

_____/

### NOTICE RE DESIGNATION OF RECORD ON APPEAL

The plaintiff, in the above captioned case, having designated more than 1,000 pages of the record for appeal and as of the date of this notice having not lodged those copies with the Clerk, U.S. Bankruptcy Court, Northern District of California, as required by FRBP 8006, notice is hereby given that the Plaintiff shall make a deposit of $100.00, cashiers check payable to; Clerk, U.S. Bankruptcy Court, towards the estimated copy costs of .10 cents per page, for the record as designated. Additionally, after the entire record is printed, any remaining copy costs, beyond 1,000 pages/.10 cents per page, shall be paid by the Plaintiff before the record is transmitted to the U.S. District Court, Northern District of California.

Date: 12/19/2012                                    For the Court,

 

                                                                               Kai Kee Lau
                                                                               Deputy Clerk

## CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of California hereby certifies that a copy of the attached document was mailed to all parties listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Dated: December 19, 2012               Kai Kee Lau
                                       Deputy Court Clerk

Paul Den Beste
P.O. Box 742
Cloverdale, CA 95425

**Entered on Docket
January 04, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

## CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of California hereby certifies that a copy of the attached document was mailed to all parties listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Dated: January 4, 2013

<u>Cindy C. Fan</u>
Deputy Court Clerk

Paul Den Beste
P.O. Box 742
Cloverdale, CA 95425